

**SO ORDERED.**
**SIGNED this 18th day of October, 2012**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
John C. Cook
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case #: 09-17713 |
| Carl Leroy Heard | ) | Chapter 13 |
| Tina Ann Heard | ) | |
| | ) | |
| Debtor(s) | | |

### ORDER SUSPENDING WAGE ORDER

This case is before the court on the motion of the debtors to suspend wage order. After conducting a hearing on the motion, it is hereby

ORDERED that the wage order is vacated. The trustee is authorized to reissue the wage order on February 1, 2013. The debtors are still responsible for making their plan payments.

# # #